# EXHIBIT 1

Code :

CY68 Cyber Defense Technologist II

*PeopleSoft Job Title :

Cyber Defense Technologist II

*Job Description :

Here at Raytheon, we work together as *one global team creating trusted, innovative solutions to make the world a safer place*. Our innovation spans all domains: from land and sea to air, space and cyberspace. We're inspired by a noble mission that's shared by Raytheon employees around the globe and an inclusive culture that empowers employees and celebrates their contributions.
Our **Global Security Services** organization ensures that Raytheon teammates across the globe are able to communicate, collaborate and innovate for customer success. We maintain leading-edge technology solutions to prevent security threats, protect the integrity of our systems and support Raytheon's products around the world. Information System Security Officers and Information System Security Managers collaborate with a diverse team to support fast-paced, critical programs with classified information system capabilities. Success in this role means you are able to develop, implement and maintain secure, compliant environments across various classified programs. Program and Information Technology teams rely on your collaboration and guidance to ensure the continued success and authorization of classified networks.
**What's YOUR Mission?**

**Job Description:**

This position is for an Information Systems Security Officer (ISSO) at Raytheon, San Diego. The ISSO provides support to classified computing environments. This person will be responsible for assisting in the development and enforcement of information systems security procedures in accordance with company and government regulations and policies. The ISSO will be responsible for system compliance, auditing, security plan development and delivering information systems security education and awareness. The ISSO will assist in investigating information system security violations and helps prepare reports specifying corrective and preventative actions. The position routinely interfaces with their facility security team, program

personnel and government representatives.

## U.S. Citizenship status is required as this position needs an active U.S. Security Clearance as within 30 days of employment.

**Required Skills:**

- Experience working with and/or supporting computer technologies (such as: Microsoft Office applications, databases, operating systems or computer network hardware)
- Ability to obtain a DoD Security Clearance - US Citizenship required
- Currently enrolled or a recent graduate (within 18 months) with a Master's degree in Computer Science, Information System Management, Information Technology, Criminal Justice, Business or other relevant degree.
- Ability to obtain and maintain Information Security professional certification commensurate with DoD 8570.1-M Level 2 requirements (Security+ or other) within six months of start date.
- **–U.S. Citizenship is required.**

**Desired Skills:**

- Existing DoD SECRET/TOP SECRET/TOP SECRET/SCI Clearance
- Experience with DoD classified operating and / or laboratory environments
- Working experience with operating systems; Solaris, HPUX, Linux, or Windows
- Self-motivated and possess good written, verbal, listening and presentation skills, particularly in documenting evaluation results

- Desire and ability to work as a team member
- Knowledge of Six Sigma and statistical techniques
- Customer focused, adaptable and willing to work varying assignments
- Organizational skills to include: attention to detail, time management and ability to multitask
- Must be flexible and work with general supervision
- Experience with audit reviews such as: physical security, network and application, password administration, file access privileges, etc.
- Security+ or similar 8570 certification

**Desired Education:**
The following courses can be completed at the DSS Training Website:
https://cdse.usalearning.gov/login/index.php

- NISPOM Chapter 8 Requirements for Industry (IS201.16)
- Introduction to Industrial Security (IS011.16 / .06)
- Safeguarding Classified Information (IS109.16 / .06)
- OPSEC Security Awareness(GS130.16)
- Cyber Security Awareness(CI130.16)
- Introduction to the Risk Management Framework (RMF) (CS124.16)
- Risk Management Framework (RMF) Curricula (CS100.CU)
- Continuous Monitoring (CS200.16)
- Special Access Program Overview (SA001.16/06)

All these job responsibilities are to be executed in harmony with Raytheon's Code of Business Ethics and Conduct policy which sets the standard by which we operate and how we treat others.

Key Words:
NISPOM DD254 Security Windows UNIX LINUX Information Systems Security Information Assurance Certification and Accreditation Cyber Software Engineer Computer Science MIS Management Information Systems ISSO CISSP CISM JAFAN JSIG DCID ISSM Information Security Information

Technology IT Auditing Cyber DSS C&A IA IAM IAO Information Systems Security Officer Information Systems Security Manager Microsoft Windows Office UNIX Linux HPUX Solaris, Cybersecurity