# EXHIBIT 2

*Job Code :

AA66 Program Cost Sched & Cont I

*PeopleSoft Job Title :

Program Cost Sched & Cont I

*Job Description :

Raytheon's Intelligence, Information, and Services (IIS) Business is seeking an entry level **Program Cost Schedule Analyst I** based out of our **Fullerton, CA** office.  In this role, you will support the programs in the Product Support organization. This candidate will partner with Program Managers, other finance analysts, and other functions groups. The candidate will maintain the cost and schedule baseline, identify risk and opportunities, prepare and analyze the Estimate-at-Completion (EAC), analyze monthly financial data, support proposals, and various other ad hoc requests.  The candidate will also assist in the FP&A process which include monthly forecasting and financial reporting.  The candidate will also be responsible for improving current processes and procedures by revamping currently used templates, offer better solutions to analyze large volumes of data, setting up reviews with various functions, etc.

**Responsibilities include but not limited to:**

- Development of time-phased budgets and schedules
- Budgeting and variance analysis.
- Understand and perform analysis on the Annual Operating Plan, (AOP), Forecast, and Short Range Outlook
- Measure performance (earned value) on a monthly basis and generate EV reports, status, graphs, and analysis
- Development of pricing estimates and proposal cost volumes
- Provide program teams with internal reports on cost and schedule performance
- Work with leadership team to accurately forecast and recognize bookings, sales, profit, cash and provide variance analysis

- Development of Work Breakdown Structures (WBS)
- Preparation of Work Authorization Documents
- Various other adhoc requests

**Required Experience, Knowledge, and/or Skills:**

- Excellent desktop computer skills, particularly in the use of MS Office (Excel, Word and PowerPoint)
- Must be able to work independently as well as part of a team environment
- Ability to quickly learn and utilize program management systems and tools; and independently create and accurately analyze cost data
- High level of attention to detail when preparing results
- Good organizational skills in leading/coordinating program personnel toward common finance goals by setting priorities and working within deadlines; ability to multi-task
- Excellent communication skills (written and oral) to support the preparation and presentation of written briefs and summaries for internal communication
- Ability to work in a deadline driven environment
- Understanding of basic financial principles which include forecasting and budgeting
- **This position requires the ability to access systems that contain information restricted to US citizens based on certain Federal Government contractual requirements.**

**Desired Experience, Knowledge, and/or Skills:**

- Experience in APEX, SAP Business Warehouse, Rplan, & ACES
- Ability to quickly master Business Systems
- Proposal & pricing experience
- Knowledge of Department of Defense contracts and practices

- Ability to communicate effectively with all levels of management both verbally and in written form
- Experience interfacing and conducting business with various functional disciplines (Contracts, Operations, Engineering, etc)
- Creative problem solving skills, ability to think strategically, as well as tactically
- Ability to work within rapidly changing business environment and make critical decisions that are based upon sound financial principles

**Required Education (including Major):**
Bachelor's Degree in Business Administration, Finance, Accounting or business related major obtained in the past 18 months or by Spring 2019. A GPA of 3.0+ is strongly desired. **Please include your GPA on your resume and upload your transcript with your application.**

*This position requires either a U.S. Person or a Non-U.S. Person who is eligible to obtain any required Export Authorization.*