# EXHIBIT 3

# Raytheon Financial Analyst I


https://jobs.rtx.com/job/plano/financial-analyst-i/4679/7292259536

June 1, 2021, 4:50 PM



## Financial Analyst I

**Apply Now**     **Save this job**

**Businesses** Raytheon Technologies Corporate
**Clearance type** None / Not Required
**Relocation eligible** No
**Ability to Telecommute** Temporary telecommuting - during COVID-19
**Job ID** 179782BR
**Most Recent Date Posted** 05/29/2021
**City** Plano
**State** TX
**Country** United States

Raytheon Technologies has a great opportunity for an early career candidate to fulfill a role within the Enterprise Services (ES) Order to Cash, Finance Organization. ES has a unique opportunity for a candidate to perform duties in Contract Set Up and Customer Invoicing.

The OTC department seeks to maximize cash performance from point of contract award through final invoicing for Raytheon Technologies' main business units. As a government contractor, you will be utilizing SAP software and adhering to government accounting standards to recognize and record awarded contracts. Financial Analyst employees are responsible for following the awarded contract from set up to close. You could be involved with setting up contracts in SAP, invoicing customers, analyzing and reducing working capital balances.

### Contract Set Up:

- Receive contractual and supporting documentation from customer to load contract into financial system.
- Analyze how to setup contracts in APEX for shipping, billing and reporting purposes
- Need attention to detail to pull important information out of large contracts for proper loading
- Work with IOT accounting and billing to resolve issues
- Communicate procedural issues to program offices

### Customer Invoicing:

- Analyze and interpret contracts and modifications for invoicing implications.
- Maintain regular contact with multiple internal partners to answer invoice and cost inquires.
- Analyze and reconcile costs to ensure that they are allowable within the scope and terms of the contract.