# EXHIBIT 4



# Associate, System Engineer (New Graduate)

Cedar Rapids, Iowa, United States of America | Engineering | Raytheon Technologies | Full time | Job ID: 01464198

**Apply**   **Save this job**

< Back to search results          < Previous job   Next job >          Share Job

## Position Overview

Collins Aerospace is looking for a passionate Systems Engineer to provide technical excellence in the fast growing Cabin Systems market.  You will be involved in all stages of the product development life-cycle across various products.  Tasks will include system requirements development, design, and product testing.

You will work with customers and team members in a technologically advanced and challenging field supporting the development of new features and functionality across multiple products ranging from: Netflix like streaming service, wireless technology, Android/IOS App development, 3D Graphics with OpenGL, Embedded Java development, graphical user interface development with emphasis on user experience, cabin entertainment systems and helping to bridge consumer electronics to the aerospace industry.  Join us and be a part of putting information and entertainment systems on the world's premier business jet and personal aircraft.

Primary Responsibilities:

- Capturing and analyzing customer requirements and breaking them down into clear system and subsystem requirements.
- Support system design requiring coordination across multiple subsystem functional areas.
- Supporting requirements-based testing in a lab environment.
- Collaborating with engineers across multiple subsystems and contributing toward a positive team working environment.
- Collaborating and working with remote peers.
- Support troubleshooting field issues and cabin installations.

Basic Qualifications:

- Bachelor's degree and less than 2 years prior relevant experience OR
- In absence of a degree, 6 years of relevant experience is required

Preferred Qualifications:

- Basic knowledge of systems engineering tools and processes.
- Practical experience in system integration & test
- Experience and/or knowledge of mobile app development.
- Experience and/or knowledge of  scripting languages

Collins Aerospace, a Raytheon Technologies company, is a leader in technologically advanced and intelligent solutions for the global aerospace and defense industry. Collins Aerospace has the capabilities, comprehensive portfolio and expertise to solve customers' toughest challenges and to meet the demands of a rapidly evolving global market.

Our Avionics team advances aviation electronics and information management solutions for commercial and military customers across the world. That means we're helping passengers reach their destination safely. We're connecting aircraft operators, airports, rail and critical infrastructure with intelligent data service solutions that keep passengers, flight crews and militaries connected and informed. And we're providing industry-leading fire protection and safety systems that our customers can count on when it matters most. Are you ready to learn from the most knowledgeable experts in the industry, develop the technologies of tomorrow and reach new heights in your career? Join our Avionics team today.

**Collins Aerospace Diversity & Inclusion Statement:**

**Diversity drives innovation; inclusion drives success.** We believe a multitude of approaches and ideas enable us to deliver the best results for our workforce, workplace, and customers. We are committed to fostering a culture where all employees can share their passions and ideas so we can tackle the toughest challenges in our industry and pave new paths to limitless possibility.

**WE ARE REDEFINING AEROSPACE.**

Some of our competitive benefits package includes:

- Medical, dental, and vision insurance
- Three weeks of vacation for newly hired employees
- Generous 401(k) plan that includes employer matching funds and separate employer retirement contribution, including a Lifetime Income Strategy option
- Tuition reimbursement
- Life insurance and disability coverage
- Optional coverages you can buy: Pet Insurance, Home and Auto, additional life insurance, accident insurance, critical illness insurance, group legal
- Ovia Health, fertility and family planning
- Employee Assistance Plan, including up to 5 free counseling sessions
- Redbrick - Incentives for a Healthy You
- Autism Benefit
- Doctor on Demand, virtual doctor visits
- Adoption Assistance
- Best Doctors, second opinion program
- And more!

Nothing matters more to Collins Aerospace than our strong ethical and safety commitments. As such, all U.S. positions require a background check, which may include a drug screen.

Note:
- Background checks and drug screens are required only for external candidates.
- Drug Screen only performed on re-hires who have been gone for more than 1 year.

At Collins, the paths we pave together lead to limitless possibility. And the bonds we form – with our customers and with each other -- propel us all higher, again and again.

Apply now and be part of the team that's redefining aerospace, every day.



## The interview process

Are you ready to rise to the challenge? Here are your next steps and what you can expect from us.



**1**

**Prescreening assessment**

Many of our openings leverage on-demand video and/or technical assessments to help determine how your experience relates to the job requirements.

**2**

**Virtual interview**

Some of our openings skip the prescreen assessment and move straight to a one-on-one or group video interview.

**3**

**On-site interview**

Where applicable, onsite interviews allow candidates the opportunity to meet face-to-face with our hiring teams while also getting a chance to experience our facilities.

**4**

**Offer**

Congrats! If you reach this stage of the interview process, you'll be provided an offer of employment to join our global team.

Note: Because COVID-19 continues to significantly impact our communities, families and employees, our interview process may be entirely virtual as Raytheon Technologies is taking action to keep our employees safe and address the increased risk and uncertainty of COVID-19 variants.

## Our benefits



### Work & life support

It's important to us that you feel supported through life's challenges. We offer a variety of flexible work arrangements and paid time off, as well as programs for dependent and adult care, family leave, college planning, counseling and personal convenience services.



### Relocation assistance

Relocating to a new city can be stressful. We offer relocation support for select technical positions to help make the transition seamless. See specific job descriptions to find out if this benefit is offered.



### Tuition reimbursement

We're committed to supporting your lifelong learning. Through the Employee Scholar Program, you may be eligible for tuition reimbursement and selected fees for approved courses or degree programs that help advance your education.

## Jobs based on your browsing history

### Graduate Engineer

Engineering | Full Time

Leading Defence Contractor committed to driving strategic growthExciting New Project for ArmyBased in our Brisbane officeAn opportunity is now available for Engineering Graduates who want to be part o



### Graduate Engineer
Engineering | Full Time
Overview:------------------In this role, the Graduate Engineer actively participate in software development, design, and testing activities of the Lighting SW.Position: Graduate Engineer (P1A)Skillset

♡ Save

### Graduate Engineer
Engineering | Full Time
In this role, the Graduate Engineer actively participate in software development, design, and testing activities of the Oxygen SystemsPosition : Graduate Engineer (P1A)Knowledge in software design,

♡ Save

### Graduate Engineer Trainee
Engineering | Full Time
Overview:Collins is working building industry challenging Multi core platform architecture making the products smaller, smarter and more efficient. Platform software provides an infrastructure for hos

♡ Save

### Business Operations Graduate
General Management | Full Time
Job Title:                Business Leadership GraduateTime Commitment:        37 hours per weekSalary:                £3

♡ Save

[ See all jobs ]

Raytheon Technologies is An Equal Opportunity/Affirmative Action Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status, age or any other federally protected class.

ⓘ UNITED STATES - COVID-19 continues to significantly impact our communities, families and employees. With employee health and safety as our top priority, Raytheon Technologies is taking action to address the increased risk and uncertainty COVID variants pose in the workplace. We require all newly hired employees in the United States to be fully vaccinated before their start date.

In some circumstances, the company may provide reasonable accommodations for employees as required by applicable law.



| Raytheon Technologies - Careers | Businesses | Connect |
|---|---|---|
| **Home** | **Collins Aerospace** | f  in  y  ◉ |
| **Culture** | **Pratt & Whitney** | |
| **Early in Career** | **Raytheon Intelligence & Space** | |
| **Jobs** | **Raytheon Missiles & Defense** | |



Raytheon Technologies

© 2021 Raytheon Technologies Corporation     **Accessibility**   **Terms of Use**   **Personal Information**   **Cookie Settings**