# EXHIBIT 5



🌐 English　　　👤 g2utgo1bob06@opayq.com

Search for Jobs　　　Candidate Home



# Associate, Software Engineer (New Grad)

**Apply**



- 📍 HCA39: Los Angeles, CA (IMS INC) 5140 West Goldleaf Circle Suite 300, Los Angeles, CA, 90056 USA
- 🧰 Full time
- 🕒 Posted Yesterday
- 📋 01468255

**Date Posted:**
2021-08-12-07:00
**Country:**
United States of America
**Location:**
HCA39: Los Angeles, CA (IMS INC) 5140 West Goldleaf Circle Suite 300, Los Angeles, CA, 90056 USA

Position Overview

The Collins Aerospace Surface Transportations team is seeking a motivated Software Engineer. In this role, the selected candidate will design and develop complex software applications for control and diagnostic systems, undertake multidisciplinary research and work on system capabilities analysis to determine end-user needs.

Primary Responsibilities:

- Work with the Software Team to conduct complex design and development for control and diagnostic systems that contain logical and mathematical solutions.
- Analyzes system capabilities and determines end user needs to resolve problems on program intent, output requirements and input data acquisition to ensure current and future needs of the business are met.
- Designs, develops, documents, tests and debugs control and diagnostic systems that contain logical and mathematical solutions.
- Ensures hardware and software standards are met.
- Work with software developers in the use of configuration management tools and the

- implementation of software quality standards.
- Includes control modeling (model based design).
- Participate on project teams to adapt ARINC's AIM rail control system for new customers, tailor base product to new customers, and develop customer specific and product enhancements.
- Integrating systems with complex external systems operated by external companies or agencies.
- Assist with software testing and documentation.
- Handle documentation for procedures, training and enhancements.

Basic Qualifications:

- Bachelor's degree and less than 2 years prior relevant experience OR
- In absence of a degree, 6 years of relevant experience is required
- Must be a U.S. Person/Permanent Resident "Green Card" holder
- Knowledge and hands-on experience with C, Java and SQL
- Able to communicate effectively both verbally and in writing
- Able to work independently or within a team

Preferred Qualifications:

- Knowledge and hands on experience with Oracle or MSSQL database
- Experience with Requirements Analysis, Design, Development, Debugging, Test, Implementation, and integration
- Experience with Linux Shell Scripting is preferred
- Experience with transit agencies, train control or SCADA systems desired.
- Mission critical system and real-time development and support are a plus.
- Software Systems Integration
- Enjoy problem solving and committed to delivering high-quality software
- Interface with external data sources
- Experience with multi-threaded programming and practices
- Positive attitude and eager to learn and improve
- UI experience
- Experience with documentation
- Able to work with cross functional teams

Collins Aerospace, a Raytheon Technologies company, is a leader in technologically advanced and intelligent solutions for the global aerospace and defense industry. Collins Aerospace has the capabilities, comprehensive portfolio and expertise to solve customers' toughest challenges and to meet the demands of a rapidly evolving global market.

Our Avionics team advances aviation electronics and information management solutions for commercial and military customers across the world. That means we're helping passengers reach their destination safely. We're connecting aircraft operators, airports, rail and critical infrastructure with intelligent data service solutions that

keep passengers, flight crews and militaries connected and informed. And we're providing industry-leading fire protection and safety systems that our customers can count on when it matters most. Are you ready to learn from the most knowledgeable experts in the industry, develop the technologies of tomorrow and reach new heights in your career? Join our Avionics team today.

**Collins Aerospace Diversity & Inclusion Statement:**

**Diversity drives innovation; inclusion drives success**. We believe a multitude of approaches and ideas enable us to deliver the best results for our workforce, workplace, and customers. We are committed to fostering a culture where all employees can share their passions and ideas so we can tackle the toughest challenges in our industry and pave new paths to limitless possibility.

**WE ARE REDEFINING AEROSPACE.**

Some of our competitive benefits package includes:

- Medical, dental, and vision insurance
- Three weeks of vacation for newly hired employees
- Generous 401(k) plan that includes employer matching funds and separate employer retirement contribution, including a Lifetime Income Strategy option
- Tuition reimbursement
- Life insurance and disability coverage
- Optional coverages you can buy: Pet Insurance, Home and Auto, additional life insurance, accident i nsurance, critical illness insurance, group legal
- Ovia Health, fertility and family planning
- Employee Assistance Plan, including up to 5 free counseling sessions
- Redbrick - Incentives for a Healthy You
- Autism Benefit
- Doctor on Demand, virtual doctor visits
- Adoption Assistance
- Best Doctors, second opinion program
-  And more!

Nothing matters more to Collins Aerospace than our strong ethical and safety commitments. As such, all U.S. positions require a background check, which may include a drug screen.

Note:

- Background check and drug screen required (every external new hire in the U.S.)
- Drug Screen only performed on re-hires who have been gone for more than 1 year

At Collins, the paths we pave together lead to limitless possibility. And the bonds we form – with our customers and with each other -- propel us all higher, again and again.

Apply now and be part of the team that's redefining aerospace, every day.

*Raytheon Technologies is An Equal Opportunity/Affirmative Action Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status, age or any other federally protected class.*

**Privacy Policy and Terms:**

Click on this [link](#) to read the Policy and Terms

**About Us**



Raytheon Technologies is an aerospace and defense company that provides advanced systems and services for commercial, military and government customers worldwide. It comprises four industry-leading businesses – Collins Aerospace, Pratt & Whitney, Raytheon Intelligence & Space and Raytheon Missiles & Defense. Its 195,000 employees enable the company to operate at the edge of known science as they imagine and deliver solutions that push the boundaries in quantum physics, electric propulsion, directed energy, hypersonics

[Read More ˅](#)

Follow Us

[Job Applicant Privacy Notice](#)

© 2022 Workday, Inc. All rights reserved.