# EXHIBIT 6

The following is from:

https://careers.rtx.com/global/en/job/01560901/Systems-Engineer-I-onsite

**Date Posted:**

2022-08-11-07:00

**Country:**

United States of America

**Location:**

HIA32: Cedar Rapids, IA 400 Collins Rd NE , Cedar Rapids, IA, 52498-0505 USA

**Position Overview:**

This position is for an entry level systems engineer on the KC-46 Platform System Team within the Military Avionics & Helicopters department of Avionics Engineering at Collins Aerospace. The team's charter is to perform the aircraft platform systems engineering tasks associated with the design, development, and integration of the Remote Vision System (RVS) on the KC-46.

Our **Avionics** team advances aviation electronics and information management solutions for commercial and military customers across the world. That means we're helping passengers reach their destination safely. We're connecting aircraft operators, airports, rail and critical infrastructure with intelligent data service solutions that keep passengers, flight crews and militaries connected and informed. And we're providing industry-leading fire protection and safety systems that our customers can count on when it matters most. Are you ready to learn from the most knowledgeable experts in the industry, develop the technologies of tomorrow and reach new heights in your career? Join our Avionics team today.

Employees who are working in Onsite roles will work primarily onsite. This includes all production and maintenance employees, as they are essential to the development of our products.  Regardless of your role type, collaboration and innovation are critical to our business and all employees will have access to digital tools so they can work with colleagues around the world – and access to Collins sites when their work requires in-person meetings.

**Primary Responsibilities:**

This position will be required to perform platform systems engineering tasks during all phases of the project development.

**Basic Qualifications:**

- Bachelor's Degree and less than 12 months of experience

- Must be a US Citizen

Diversity drives innovation; inclusion drives success. We believe a multitude of approaches and ideas enable us to deliver the best results for our workforce, workplace, and customers. We are committed to fostering a culture where all employees can share their passions and ideas so we can tackle the toughest challenges in our industry and pave new paths to limitless possibility.

Some of our competitive benefits package includes:

- Medical, dental, and vision insurance
- Three weeks of vacation for newly hired employees
- Generous 401(k) plan that includes employer matching funds and separate employer retirement contribution, including a Lifetime Income Strategy option
- Employee Scholar Program, tuition reimbursement program
- Life insurance and disability coverage
- Optional coverages you can buy: Pet Insurance, Home and Auto, additional life insurance, accident insurance, critical illness insurance, group legal
- Ovia Health, fertility and family planning
- Employee Assistance Plan, including up to 5 free counseling sessions
- Incentives for a Healthy You
- Bright Horizons, back-up child / elder care and college coach resources
- Autism Benefit
- Doctor on Demand, virtual doctor visits
- Adoption Assistance
- Teladoc Medical Experts, second opinion program
- And more!

Nothing matters more to Collins Aerospace than our strong ethical and safety commitments. As such, all U.S. positions require a background check, which may include a drug screen.

- Background check and drug screen required (every external new hire in the U.S.)
- Drug Screen only performed on re-hires who have been gone for more than 1 year

At Collins, the paths we pave together lead to limitless possibility. And the bonds we form – with our customers and with each other -- propel us all higher, again and again.

Apply now and be part of the team that's redefining aerospace, every day.

***Raytheon Technologies is An Equal Opportunity/Affirmative Action Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status, age or any other federally protected class.***

**Privacy Policy and Terms:**

Click on this link to read the Policy and Terms

