# EXHIBIT 7

## The hiring process

### 1
**Recruiter review**
Once an application is submitted, it is made available to our recruitment team to review and ensure that you meet the basic qualifications.

### 2
**Virtual interview**
If you've been identified to move along in the process, you may be invited to participate in a virtual interview.

### 3
**On-site interview**
Where applicable, onsite interviews allow candidates the opportunity to meet face-to-face with our hiring teams while also getting a chance to...

### 4
**Offer**
Congrats! If you reach this stage of the interview process, you will be provided an offer of employment to join our global team.

Note: Because COVID-19 continues to significantly impact our communities, families and employees, our interview process may be entirely virtual as Raytheon Technologies is taking action to keep our employees safe and address the increased risk and uncertainty of COVID-19 variants.

## Our benefits

**Work & life support**
It's important to us that you feel supported through life's challenges. We offer a variety of flexible work arrangements and paid time off, as well as programs for dependent and adult care, family leave, college services.

**Relocation assistance**
Relocating to a new city can be stressful. We offer relocation support for select technical positions to help make the transition seamless. See specific job descriptions to find out if this benefit is...

**Tuition reimbursement**
We're committed to supporting your lifelong learning. Through the Employee Scholar Program, you may be eligible for tuition reimbursement and selected fees for approved courses or...

## Jobs based on your browsing history

**Systems Engineer I- New Grad - Onsite**
Engineering | Full Time
Must have the desire to participate on a results-oriented engineering team, be highly motivated, and be self directed. Experience with DOORS/JAMA and Python scripting is highly desirable. Experience with...

**Electrical Engineer I- (Hybrid)**
Engineering | Full Time
This position is for an Electrical Engineer to develop digital hardware used in high performance computing products such as Mission Computers and Display products for Military (rotary and fixed wing) and...

**Principal System Engineer (Sign on bonus up to $40k) (Onsite)**
Engineering | Full Time
Date Posted: 2023-02-22-08:00Country: United States of AmericaLocation: HIA32, Cedar Rapids, IA 400 Collins Rd NE , Cedar Rapids, IA, 52498-0505 USAPosition Role Type: UnspecifiedThis position is for an...

**(Onsite)s**
Engineering | Full Time
Typically requires a degree in Science, Technology, Engineering or Mathematics (STEM) unless prohibited by local laws/regulations or equivalent experience and minimum 8 years prior relevant experienc...

**Principal Systems Engineer - TPM (Sign on bonus up to $40k) (Onsite)**
Engineering | Full Time
Experience with complex project scheduling and strategic planning. Experience with communicating between program stakeholders. Experience with earned value management. Experience with Agile developme...

[ See all jobs ]

Raytheon Technologies is An Equal Opportunity/Affirmative Action Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin,

Raytheon Technologies - Careers
Home
Culture
Campus
Jobs

Businesses
Collins Aerospace
Pratt & Whitney
Raytheon Intelligence & Space
Raytheon Missiles & Defense

Connect
[social icons]

© 2022 Raytheon Technologies Corporation  Accessibility  Terms of Use  Personal Information
Cookie Settings

Captured by FireShot Pro: 05 April 2023, 14:05:27
https://getfireshot.com