# EXHIBIT 8

REC'D BY

AUG 0 7 2019

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 540-2019-03585 |

Arizona Attorney General's Office, Civil Rights Division _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Mark H. Goldstein | | 1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| 13706 Holton Pl, Chantilly, VA 20151 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| RAYTHEON COMPANY | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 870 Winter Street, Waltham, MA 02451 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest 08-07-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On May 6, 2019 I applied on-line for two positions (Cyber Defense Technologist II and Systems Engineer I for Systems Security), on May 15, 2019 I applied for Program Cost Schedule Analyst I (New Grad Opportunity) and on August 7, 2019 I applied for University Programs: Electrical Engineer. My application and cover letter showed that I exceeded all qualifications listed including college degree and masters except for the "requirement" to be a "recent graduate." All four positions required "recent" or "within the last 18 months" college graduates. The last position I applied for stated at the top in bold red letters "Great opportunity for current seniors in college or recent college graduates. If you are not a current college senior, or a recent college graduate, please visit our other opportunities and apply." These statements initially dissuaded me from applying since my degrees were obtained over 40 years ago.

My graduation month and year were required in the application process. I was not asked any questions or interviewed.

Between 10 minutes to six days after my applications were submitted online, I received an automated email for each application stating after careful review of my background and qualifications, I was not selected.

I believe "requirements" within a job ad such as "recent college graduates" "candidates must be currently enrolled in an undergraduate or completed a degree no more than 18 months prior to start date" and "Calling 2020 Grads!" discriminates against older applicants like myself who are otherwise qualified for these positions.

I believe I have been discriminated against due to my age (62) in violation of the Age Discrimination Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7 Aug 2019 _____ [signature]<br>Date _____ Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |