# EXHIBIT 9

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | _X_ FEPA<br>_X_ EEOC | |

Massachusetts Commission Against Discrimination and Virginia Office of Civil Rights and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*)<br>Mr. Mark H. Goldstein | Home Phone (Incl. Area Code)<br>(202) 355-6364 (Counsel #) | Date of Birth<br>10/16/1956 |
|---|---|---|
| Street Address<br>13706 Holton Place, | City, State and ZIP Code<br>Chantilly, VA 20151 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Raytheon Technologies Corporation | No. Employees, Members<br>100,000 + | Phone No. (Include Area Code)<br>781-522-3000 |
|---|---|---|
| Street Address<br>1000 Wilson Boulevard, | City, State and ZIP Code<br>Arlington, VA 22209 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN<br><br>__ RETALIATION  _X_ AGE  __ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest   August 10, 2020<br>Latest.    Present<br><br>_X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Please see attached for particulars.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT |
| 06 / 13 / 2023         *Mark H. Goldstein*<br>   Date              Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Doc ID: 3409278a1c3f4064e262dd55f7001087c40b89c7