# EXHIBIT 10

 **U.S. Equal Employment Opportunity Commission**

# EEOC Pathways Programs



The EEOC Pathways Programs offers paid opportunities for students and graduates to work in a number of EEOC fields. **The Pathways Programs are open to all eligible students and graduates regardless of age and will include older individuals and veterans who returned to school.**

The Pathways Programs consist of three major subprograms:

- Pathways Internship Program

- Pathways Recent Graduates Program

- Presidential Management Fellows (PMF) Program

**See current EEOC Pathways opportunities at USAJobs. (https://eeoccareers.usajobs.gov/search/results/? a=EE00&s=startdate&sd=asc&p=1&show=hp&hp=student)**

# Pathways Internship Program

The EEOC Pathways Internship Program is designed to provide students enrolled in a variety of educational institutions, from high school, college, and qualifying degree or certificate programs, with opportunities to work at the EEOC while still in school and being paid for the work they perform. Interns may work part-time or full-time during the spring, summer, winter, or year-round. The pathways internship eligibility requirements expanded to include "qualifying career or technical education programs," which include Registered Apprenticeship Programs, Job Corps, Climate Corps, AmeriCorps, and Peace Corps.

# Pathways Recent Graduates Program

The EEOC Pathways Recent Graduates Program**,** **(https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/students/)** which promotes possible careers in the civil service, provides individuals who recently graduated from qualifying educational institutions or programs with developmental experiences in the federal government. Eligibility also includes alumni of Registered Apprenticeship Programs, Job Corps, Peace Corps, and certain AmeriCorps Programs.

To be eligible, applicants must apply within 2 years of degree or certificate/program completion (except for veterans precluded from doing so due to their military service obligation, who will have up to 6 years after degree completion to apply). Successful applicants are placed in a dynamic, developmental program with the

potential to lead to a civil service career in the Federal government. Initial recent graduate appointments up to the GS-11 level or equivalent.

# Presidential Management Fellows Program

The EEOC **Presidential Management Fellows (PMF) Program (https://www.pmf.gov/)** is a premier, competitive leadership training program for students who have completed an advanced degree. Graduates are provided with a 2-year appointment at the EEOC, which may lead to conversion to a permanent appointment.

The PMF Program is administered by the Office of Personnel Management, and you can learn more about eligibility and the program: **Become A PMF (https://www.pmf.gov/become-a-pmf/overview/)**

# Questions?

For additional information about the Pathways Programs, visit the following link: **Pathways Programs (opm.gov) (https://www.opm.gov/about-us/careers-at-opm/students-recent-graduates/##graduates)**

Questions regarding any of EEOC Pathways Programs can be directed to **specialprograms@eeoc.gov**