# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK H. GOLDSTEIN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>RTX CORPORATION, formerly known as Raytheon Technologies Corporation,<br><br>            Defendant. | CIVIL ACTION NO. 1:24-CV-11525-ADB |

## DECLARATION OF RENEE E. MORRELL ON BEHALF OF RTX CORPORATION

I, Renee E. Morrell, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein. I have personal knowledge of the matters set forth herein based on my review of the books and records of RTX Corporation and its subsidiaries and, if called upon, could testify competently and truthfully to the facts stated in this Declaration.

2. I am Associate Director, Transactions and Regulatory Affairs for RTX and have been in this role since March 22, 2010. In that role, I manage multi-level corporate governance transactions that have been a part of the company's transformation.

**I.   RTX Corporation**

3. On April 3, 2020, United Technologies Corporation acquired Raytheon Company (described below) and changed its name to Raytheon Technologies Corporation. On July 17, 2023, Raytheon Technologies Corporation changed its name to RTX Corporation (hereafter, "RTX").

1

4.  RTX is incorporated Delaware and has been since the corporation was founded in 1934.

5.  RTX's principal place of business is and has been in Connecticut for the entire time I have worked at RTX (since at least March 2010), and, to my knowledge, since it was founded.

6.  Since at least March 2010, RTX has maintained corporate leadership offices in Connecticut, which have served as the primary offices for RTX's CEO and president and other corporate officers.

7.  Today, and since at least 2022, among other officers, RTX's president and chief executive officer, general counsel, and chief financial officer maintain their principal offices in Connecticut.

8.  RTX's headquarters office is in Arlington, Virginia.

## II. Raytheon Company

9.  As of April 3, 2020, Raytheon Company became a wholly owned subsidiary of RTX.

10. Raytheon Company is incorporated in Delaware.

11. Raytheon Company's headquarters is in Arlington, Virginia.

12. At all times, RTX and Raytheon Company were and have remained separate corporate entities.

13. Raytheon Company maintains its own employees, facilities, board of directors, and corporate officers. Raytheon Company and RTX Corporation have observed the proper corporate formalities with respect to Raytheon Company.

14. Other than being wholly owned by RTX, which appoints the directors of Raytheon Company, Raytheon Company's day-to-day operations are not controlled by RTX, and RTX has not communicated that it has substantial control over Raytheon Company.

15. Raytheon Company has the ultimate responsibility for the successful operation of its business.

### III. Rockwell Collins, Inc.

16. Rockwell Collins, Inc. (hereafter, "Rockwell Collins") became a wholly owned subsidiary of RTX (then known as United Technologies Corporation) on November 26, 2018.

17. Rockwell Collins is incorporated in Delaware. Its headquarters is in Cedar Rapids, Iowa.

18. Rockwell Collins is and has been a separate corporate entity from RTX. Rockwell Collins maintains its own employees, facilities, board of directors, and corporate officers. RTX has observed the proper corporate formalities with respect to Rockwell Collins.

19. Other than being wholly owned by RTX, which appoints the directors of Rockwell Collins, Rockwell Collins's day-to-day operations are not controlled by RTX, and RTX has not communicated that it has substantial control over Rockwell Collins.

20. Rockwell Collins has the ultimate responsibility for the successful operation of its business.

### IV. ARINC Incorporated

21. At least since November 26, 2018, ARINC Incorporated has been a wholly owned subsidiary of Radio Holdings, Inc. In turn, Radio Holdings, Inc. is a wholly owned subsidiary of Rockwell Collins. And, as described above, Rockwell Collins is a wholly owned subsidiary of RTX.

22. ARINC Incorporated is incorporated in Delaware. Its headquarters is in Annapolis, Maryland.

23. ARINC Incorporated is and has been a separate corporate entity from Radio Holdings, Inc., Rockwell Collins, and RTX.  ARINC Incorporated maintains its own employees, facilities, board of directors, and corporate officers.   RTX, Rockwell Collins, and Radio Holdings, Inc. have observed the proper corporate formalities with respect to ARINC Incorporated.

24. RTX has not controlled ARINC Incorporated's day-to-day operations and have not communicated that they have substantial control over ARINC Incorporated. ARINC Incorporated has the ultimate responsibility for the successful operation of its business.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2024
Vernon, Connecticut

Signed by:

*Renee E. Morrell*
648060344DA2460...
Renee E. Morrell

4