THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>        Defendants. | C.A. No. 24-cv-01169-JLH |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants hereby make the following disclosures:

    1.    Defendant RTX Corporation ("RTX") states that it is publicly traded and has no parent corporation, and that no publicly held corporation owns 10% or more of RTX's stock. RTX is incorporated in Delaware.

    2.    Defendant Raytheon Company is a wholly owned subsidiary of RTX, a publicly traded corporation. Raytheon Company is incorporated in Delaware.

    3.    "Pratt & Whitney" is a brand name and an unincorporated division of RTX. Defendant Pratt & Whitney is not a legal entity subject to suit. As such, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

4.  "Collins Aerospace" is a brand name. Defendant Collins Aerospace is not a legal entity subject to suit. As such, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

5.  Defendant Rockwell Collins, Inc. is a wholly owned subsidiary of RTX, a publicly traded corporation. Rockwell Collins, Inc. is incorporated in Delaware.

6.  Defendant ARINC Inc. is a wholly owned subsidiary of Radio Holdings, Inc. Radio Holdings, Inc. is a wholly owned subsidiary of Rockwell Collins, Inc. As described above, Rockwell Collins, Inc. is a wholly owned subsidiary of RTX, a publicly traded corporation. ARINC Inc. is incorporated in Delaware.

Respectfully submitted,

OF COUNSEL:

Jason C. Schwartz*
Naima L. Farrell*
Alex Bruhn*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500
jschwartz@gibsondunn.com
nfarrell@gibsondunn.com
abruhn@gibsondunn.com

*/s/ Brian M. Rostocki*
Brian M. Rostocki (#4599)
John T. Miraglia (#6682)
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com
jmiraglia@reedsmith.com

*Attorneys for Defendants*

*Admitted Pro Hac Vice*

January 31, 2025