# Exhibit 1



**General Corporate Policy**

**Hard Copies Uncontrolled - Verify Effective Date Prior to Use**

**Title:** Equal Employment Opportunity

| | |
|---|---|
| **Internal Use Only** | |
| **Document Number:** | GCP-02 |
| **Revision Number:** | Rev 1 |
| **Effective Date:** | March 31, 2025 |
| **Function:** | Human Resources |
| **Authorized By:** | Chief Human Resources Officer |

**Table of Contents**

1. Purpose ......................................................................................................................... 2
2. Persons Affected ............................................................................................................ 2
3. Responsibilities .............................................................................................................. 2
4. Policy .............................................................................................................................. 3
5. Revision History ............................................................................................................. 3
6. Related Information ....................................................................................................... 4
7. Exhibits .......................................................................................................................... 4

**Internal Use Only**

1. **Purpose**

    1.1   To affirm RTX Corporation's (the "**company**") commitment to compliance with all applicable Equal Employment Opportunity requirements.

2. **Persons Affected**

    2.1   This policy applies to all:

        2.1.1   Organizations within RTX, including its major business segments (each, a "**Business**"), divisions, and direct and indirect subsidiaries;

        2.1.2   Majority-owned or controlled joint ventures and other majority-owned or controlled entities and operations; and

        2.1.3   Directors, officers, employees, contractors, and any other persons who work for these organizations.

    2.2   Exceptions granted to any of the above must comply with the requirements of GCP-0 (Issuance and Maintenance of Corporate Level Policies).

    2.3   The company will abide by the national and local laws of the countries in which it operates and the laws of the United States as they may apply to business outside the United States.

3. **Responsibilities**

    3.1   The Chairman and Chief Executive Officer fully supports and is committed to the implementation of the company's Equal Employment Opportunity policy.

    3.2   The Chief Human Resources Officer is responsible for establishing and carrying out the procedures and practices formulated for the purpose of implementing this policy.

    3.3   Human Resources representatives are responsible for: (1) ensuring compliance with this policy; (2) ensuring managers are informed of their responsibilities under this policy and of the laws and regulations pertaining to equal employment opportunity; and (3) providing guidance and assistance to managers in all phases of their employment responsibilities.

    3.4   Managers are responsible for making employment decisions based on merit and skills, as well as job-related qualifications and performance without regard to race, color, religion, sex, sexual orientation, gender identity or expression, pregnancy, age, national origin, disability status, genetic information, protected veteran status, or any other characteristic protected by federal, state or local law, ordinance or regulation.

    3.5   All employees are responsible for ensuring the workplace is free from discrimination and harassment and ensuring personal conduct complies with this policy.

Internal Use Only

**4.    Policy**

4.1    The company is committed to Equal Employment Opportunity (EEO) and maintaining a work environment that is free from any and all forms of unlawful discrimination. It is the company's policy to treat any applicant, employee, vendor, contractor, customer, or client without regard to race, color, religion, sex, sexual orientation, gender identity or expression, pregnancy, age, national origin, disability status, genetic information, protected veteran status, or any other characteristic protected by federal, state or local law, ordinance or regulation, whether in recruitment, employment, promotion, transfer, compensation, or other conditions of employment.

    4.1.1    The company's EEO policy also prohibits employees and applicants from being subjected to harassment, intimidation, threats, coercion, or discrimination because they have engaged in or may engage in:

        a.    filing a complaint;

        b.    assisting or participating in an investigation, compliance review, hearing, or any other protected activity;

        c.    opposing any unlawful act or practice;

        d.    or exercising any other right protected by statute or company policy.

4.2    It is company policy to:

    4.2.1    Prohibit discrimination against any applicant or employee based on race, color, religion, sex, sexual orientation, gender identity or expression, pregnancy, age, national origin, disability status, genetic information, protected veteran status, or any other characteristic protected by federal, state or local law, ordinance or regulation, whether in recruitment, employment, promotion, transfer, compensation, or other conditions of employment.

    4.2.2    Ensure that employment decisions are based only on valid job requirements, and extend to all terms, conditions, and privileges of employment, including, but not limited to, recruitment, selection, compensation, benefits, promotion, transfer, layoff, recall from layoff, employee development, company sponsored (both company operated and company supported) training and educational assistance programs, social and recreational programs and disciplinary actions. Periodic analyses of all personnel actions are conducted to ensure compliance with this policy.

**5.    Revision History**

5.1    This policy supersedes:

    5.1.1    United Technologies Corporate Policy Manual Section 2, Equal Employment/Affirmative Action effective November 12, 2019;

**Internal Use Only**

    5.1.2    Raytheon policy RP-HR-CPL-001, Equal Employment Opportunity, effective May 29, 2015; and

    5.1.3    RTX policy GCP-02 Equal Employment Opportunity and Affirmative Action, effective September 29, 2020.

5.2    Immaterial/Administrative revisions include:

    5.2.1    Revisions made to comply with EO 14151 (3/31/25).

## 6.    Related Information

6.1    General Corporate Policies (GCP)

| GCP Doc Number | General Corporate Policy Title |
|---|---|
| | |

6.2    Functional Corporate Policies (FCP)

| FCP Doc Number | Functional Corporate Policy Title |
|---|---|
| FCP-HR-ELR-01 | Disabilities (Section 503) |
| FCP-HR-ELR-02 | Reasonable Accommodations Under the Americans with Disabilities Act (ADA) |

6.3    Additional Related Information

| Related Document | Related Document Title |
|---|---|
| | |

## 7.    Exhibits

Reserved.

---

**End of Document**