# Exhibit 2

## ~~COURT-AUTHORIZED NOTICE~~

# Notice of age discrimination lawsuit against RTX Corporation and related entities on behalf of job applicants and deterred applicants

## A collective action lawsuit may affect your legal rights.

*This is a court-authorized notice.  This is not a solicitation from a lawyer.*

- A lawsuit was brought by three individuals, known as "the Plaintiffs", who allege that RTX Corporation and related entities[1] ("RTX"), violated the Age Discrimination in Employment Act ("ADEA") by advertising positions reserved only for "recent college graduates," or applicants with college degrees who have less than 12 or 24 months of work experience. Plaintiffs claim that RTX discriminated against them and others aged 40 and older by posting these ads and failing to consider Plaintiffs in favor of younger applicants. RTX denies that it did anything wrong and maintains that it based hiring decisions on experience and other legitimate factors, not age.

- The lawsuit is proceeding as a collective action on behalf of individuals aged 40 and older who, from October 11, 2018 onward, applied for or who were deterred from applying for full-time positions reserved for "recent college graduates" or applicants with 12 or 24 months of work experience, met the basic qualifications for such position, and were not hired for those positions.  The Court has not decided who is right and who is wrong.

Your legal rights may be affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you choose to be included, ~~you will share in any monetary recovery that might come from a trial or a settlement for the federal claims in this lawsuit.~~ you will be bound by the judgment (the final result of the lawsuit), whether favorable or unfavorable (whether Plaintiffs win or not). You may be required to appear for a deposition and testify in court as the case progresses. If RTX prevails, you also may potentially share in liability for payment of RTX's attorney fees and court costs. By joining, you give up any rights to separately sue RTX about the same legal claims in this lawsuit. |
| | **If you wish to be included, you must complete and submit the "Consent to Join"** form included with this Notice **on or before (if by mail, postmarked on or before) [insert date that is 90 days from mailing of notice; the notice period re-starts on date of remailing if the notice is returned undeliverable** |

---

[1] Defendants in this case include RTX Corporation, Raytheon Company, Pratt & Whitney, Collins Aerospace, Rockwell Collins, Inc., and ARINC, Inc. This Notice refers to the Defendants collectively as "RTX".

**Questions?**
Contact Plaintiffs' Counsel at 866-772-4133 or
rtxagecase@outtengolden.com

|  | **and a new address is located]**.<br><br>**[Mailed version: include QR Code and link to online consent form]**<br>**[Email version: "Join the Case" button/link to online consent form]** |
|---|---|
| **DO NOTHING** | By doing nothing, you will not be included in the federal ADEA claims this lawsuit. This means that you give up the possibility of a monetary recovery that may come from a trial or settlement of the ADEA claims if those bringing the lawsuit are successful.<br><br>You keep any rights to sue RTX separately about the same legal claims in this lawsuit, but the limitations period on your federal ADEA claim will continue to run. You also keep your rights under state laws, including the possibility of a monetary recovery if those bringing the lawsuit are successful on state-law claims. |

### This notice contains information that affects your rights.  Please read it carefully.

**1. Why did I get this notice?**

The purpose of this notice is to inform you of the existence of a ~~class and~~ collective action lawsuit against RTX.  The Court has determined that you may be similarly situated to Mark Goldstein, John Bryan, and Ducamp Beaulieu, the individuals who brought this case.  The Court has ordered that this notice be sent to you, so that you can decide whether to join the lawsuit.

The Court has not ruled on the merits of the lawsuit.  ~~The Court has only ruled that it is important that you be notified of the existence of the lawsuit so that you can protect your rights from expiring by joining the lawsuit.~~

**2. What is this lawsuit about?**

The individuals who brought the lawsuit, known as "the Plaintiffs," allege that RTX discriminated against them and other applicants aged 40 and older when they applied to certain positions reserved for "recent college graduates" and those with 12 to 24 months of experience.  They claim that RTX has a policy and practice of giving preference to younger workers over equally or more qualified applicants aged 40 and older.  The Plaintiffs seek front- and back pay, liquidated damages (in an amount equal to back wages), interest, attorneys' fees, and litigation costs for themselves and other applicants aged 40 or older, as well as injunctive and programmatic relief.

RTX ~~disputes these allegations and contends~~ disputes that it did anything wrong.  RTX claims that its hiring policies lawfully consider experience and other legitimate factors, rather than age, and do not discriminate against any applicants or potential applicants. ~~are lawful.~~ The Court has not yet decided who is correct.

The lawsuit is known as *Goldstein et al. v. RTX Corporation et al.*, Case No. 1:24-cv-01169-JLH-SLF, and is pending before the Honorable Jennifer L. Hall, United States District Judge in the District of Delaware.

**Questions?**
Contact Plaintiffs' Counsel at 866-772-4133 or
rtxagecase@outtengolden.com

### 3. What is a collective action and who is involved?

In a collective action lawsuit, one or more people may bring a lawsuit on behalf of themselves and others who ~~are~~ may be similarly situated to them. All applicants who decide to participate in the ADEA claims in this case are part of the "Collective" and are "Collective Members~~,~~" subject to the Court's later review of whether they are in fact similarly situated to the Plaintiffs. One court resolves the issues for all Collective Members.

### 4. How do I ask the Court to include me in the case?

Enclosed is a form called "Consent to Join." **If you want to join this lawsuit, you must read, sign, and promptly return the Consent to Join Form by (if by mail, postmarked by) [insert date that is 90 days from mailing of notice; the notice period re-starts on date of remailing if the notice is returned undeliverable and a new address is located]**. An addressed and postage- paid envelope is enclosed for your convenience. The Consent to Join Form must be mailed, faxed, or submitted online to:

**RTX Age Discrimination Case**
**[Address, Fax, Website Information]**
**[Mailed version: QR Code link to online consent form]**
**[Email version: "Join the Case" button/link to the online consent form]**

**The signed Consent to Join Form must be submitted or postmarked by [insert date that is 90 days from mailing of notice; the notice period re-starts on date of remailing if the notice is returned undeliverable and a new address is located].**

### 5. Can RTX and/or my current employer retaliate against me if I join the lawsuit?

No. It is a violation of federal law for RTX or any other employer to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of you receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, please contact Plaintiffs' lawyers listed below.

### 6. Do I have a lawyer in this case?

If you choose to join the lawsuit, you may choose to be ~~will be~~ represented by Plaintiffs' counsel, Outten & Golden LLP, AARP Foundation, Peter Romer-Friedman Law PLLC, and Block & Leviton LLP. Information about Plaintiffs' counsel is available at: https://www.outtengolden.com/, https://www.aarp.org/aarp-foundation/our-work/legal-advocacy/, https://prf-law.com/, and https://www.blockleviton.com/. Their contact information is listed in Section 7, below. If you wish, you may instead hire a different lawyer of your choice.

Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel, which means that if Plaintiffs do not win, there will be no attorneys' fees or costs chargeable. Under the fee

**Questions?**
Contact Plaintiffs' Counsel at 866-772-4133 or
rtxagecase@outtengolden.com

agreement, in the event there is a recovery, Plaintiffs' counsel will apply to the Court for reimbursement of costs and expenses, and fees as a portion of any settlement obtained or money judgment entered in favor of the Plaintiffs and the Collective in an amount the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the amount of time expended on the lawsuit; or (2) one-third of the gross settlement or judgment amount. Fees may be part of a settlement obtained or money judgment entered in favor of the Plaintiffs or may be ordered by the Court to be separately paid by RTX or may be a combination of the two. If you choose to hire your own lawyer, fees will be based on the agreement you sign with that lawyer.

## 7. Questions?

If you have any questions, you may write, e-mail, or call Plaintiffs' counsel:

**OUTTEN & GOLDEN LLP**

Adam T. Klein*
Chauniqua Young*
Zarka Dsouza*
Outten & Golden LLP
685 Third Ave., 25th Floor
New York NY 10017
(212) 245-1000
atk@outtengolden.com
cyoung@outtengolden.com
zdsouza@outtengolden.com

Moira Heiges-Goepfert*
One California Street, 12th Floor
San Francisco, CA 94111
(415) 638-8800
MHG@outtengolden.com

Mikael Rojas*
1225 New York Avenue NW
Washington DC 20005
(202) 914-5097
mrojas@outtengolden.com

**PETER ROMER-FRIEDMAN LAW PLLC**
Peter Romer-Friedman (pro hac forthcoming)
Patrick David Lopez (pro hac forthcoming)
David Berman (pro hac forthcoming)
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 355-6364
peter@prf-law.com
david@prf-law.com

**AARP FOUNDATION LITIGATION**
Rebecca Rodgers*
Louis Lopez*
Samantha Wehrle*
Lauren Naylor*
601 E Street NW
Washington, DC 20049
(202) 434-6983
rrodgers@aarp.org
llopez@aarp.org
sgerleman@aarp.org
lnaylor@aarp.org

*admitted *pro hac vice*

DATED: XX, 2025

**Questions?**
Contact Plaintiffs' Counsel at 866-772-4133 or
rtxagecase@outtengolden.com

## **TEXT MESSAGE NOTICE**

You are receiving this message because a n age discrimination lawsuit was brought against RTX and certain RTX subsidiaries and their its records show you applied for a position or may have been deterred from interested in applying for a position reserved only for "recent college graduates" or those with less than 12 or 24 months of work experience. RTX and its subsidiaries deny that they did anything wrong, and the Court has not decided who is right. No action is required unless you wish to participate in the lawsuit. To participate in the lawsuit, you must submit a Consent to Join form online by [**insert date that is 90 days from mailing of notice; the notice period re-starts on date of remailing if the notice is returned undeliverable and a new address is located**]. A more detailed explanation of your rights and options, and the deadline to exercise them, is available at [**website notice**]. You may submit a Consent Form online at [**link to the online consent form**]. If you have questions, contact Outten & Golden LLP at 866-772-4133 or rtxagecase@outtengolden.com and mention the RTX Age Discrimination Case. *STOP* to prevent further notifications.

## <u>RTX AGE DISCRIMINATION CASE – REMINDER NOTICE</u>

Within the past 45 days, you should have received a Court-authorized notice that you may participate in a collective-action lawsuit against RTX and certain of its subsidiaries brought by three individuals, known as "the Plaintiffs", who allege that RTX and the subsidiaries violated the Age Discrimination in Employment Act by advertising many positions reserved only for "recent college graduates," or applicants with college degrees who have less than 12 or 24 months of work experience.  Plaintiffs claim that RTX and the subsidiaries discriminated against them and others aged 40 and older by failing to hire them, in favor of younger applicants.  RTX denies that it did anything wrong ~~these allegations~~ and contends that its hiring practices lawfully consider experience and other factors, rather than age.  The Court has not decided who is right and who is wrong.

**Our records indicate that you have not submitted a Consent to Join Form.  No action is required if you do not wish to participate in the lawsuit. In order to participate in the RTX age discrimination lawsuit, you must complete a Consent to Join form and mail, fax, or submit online to:**

**RTX Age Discrimination Case**
**[Address, Fax, Website Information]**
**[Mailed reminder: QR Code linking to online consent form]**
**[Email version: "Join the Case" button/link to online consent form]**

**Your Consent to Join Form must be submitted or postmarked by [insert date that is 90 days from mailing of notice; the notice period re-starts on date of remailing if the notice is returned undeliverable and a new address is located].**

If you have questions about the notice, or you did not receive the notice, you may contact Plaintiffs' counsel by calling 866-772-4133 or emailing rtxagecase@outtengolden.com.