# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>                Defendants. | C.A. No. 24-01169-JLH-SLF<br><br>**PLAINTIFFS NOTICE OF CONSENT TO JOIN FORM** |

1. I consent to join this action as a party plaintiff seeking monetary damages and other relief against RTX Corporation (f/k/a Raytheon Technologies Corporation) and any related entities or persons that might be joined <ins>as defendants</ins> to the above-captioned litigation, whether in this forum or another jurisdiction to which the case may be transferred, for violations of the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b)<del>, and other related federal and state laws</del>.

2. I choose to be represented in this action by the named plaintiff(s) and Outten & Golden LLP, AARP Foundation Litigation, and Peter Romer-Friedman Law PLLC ("Plaintiffs' Counsel")<ins>, or by a different attorney as follows: _____</ins>. I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees and costs from any settlement or judgment.

3. <del>I also consent to join any separate or subsequent action to assert my claims against RTX Corporation, and/or any related entities or persons potentially liable.</del>

Print Name: _____

Signature: _____

Date: _____

*PRIVILEGED ATTORNEY-CLIENT COMMUNICATION*

**Additional Information Regarding The Consent To Join Form**

This form has been completed with your personal, non-work contact information, so that we (your attorneys) can stay in touch to update you regarding the lawsuit's progress~~, and so that we can give you your share of any money that is recovered (if any) from RTX on your behalf~~.  If any of the information below is incorrect, please contact us to correct your information (our contact information is below).

Name: _____

Address: _____

City, State, Zip: _____

Telephone Number(s): _____

E-Mail Address: _____

**Additional information**

- This lawsuit asserts age discrimination and related claims on behalf of individuals ages 40 and older who claim they were denied positions at RTX based on age-related discrimination in hiring, including through the use of discriminatory job advertisements, going back to October 11, 2018.

- It is illegal for any employer to retaliate against an individual for exercising his or her rights (such as by participating in this lawsuit, signing, or submitting this document, or talking to attorneys about his or her rights).

- If you have any questions or wish to update your contact information, please contact: ~~Plaintiffs' Counsel at~~ Plaintiffs' Counsel at 866-772-4133 or rtxagecase@outtengolden.com.

- ~~Please feel free to share this form and information with others who have applied to the Recent Graduate Positions at Raytheon or have been deterred from applying.~~

3