# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>        Defendants. | C.A. No. 24-cv-01169-JLH-SRF |

**DECLARATION OF STEPHEN SCHULZ ON BEHALF OF RTX CORPORATION**

I, Stephen Schulz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein. I have personal knowledge of the matters set forth herein based on my review of the books and records of RTX Corporation and its subsidiaries and, if called upon, could testify competently and truthfully to the facts stated in this Declaration.

2. I have been Executive Director, RTX Global Talent Acquisition since July 2022. In that role, I have responsibility for driving enterprise-wide talent acquisition strategies and processes enabled by technology. Our team also focuses on branding and recruitment marketing, managing vendor partners and their respective contracts, operational performance, compliance and training. I have been with the company since November 2008.

## I. The Hiring Process

3. At RTX Corporation, hiring is generally performed by local business unit teams to fill their specific needs.

4. Individual hiring managers are generally responsible for identifying needs in their business unit.

5. Each hiring manager within the United States generally works with local human resources staff and recruiting staff assigned to support their business to develop the job description for each role. The hiring manager determines the compensation grade and basic and preferred qualifications for the role. The hiring manager also determines whether the position will have a "recent graduate" requirement. Recruiting staff advise on the drafting process, but hiring managers are ultimately responsible for the content of their job postings. The assigned recruiters then post these job descriptions on RTX Corporation's career website.

6. The language used in job postings to describe "recent graduate" requirements has varied between October 2018 and the filing of this lawsuit in June 2024. For example, different postings over time and across business units have used different definitions of recency (e.g., no more than 12 or 24 months of relevant work experience) and may or may not have allowed degree equivalency (e.g., a recent degree *or* more than 6 years of relevant work experience).

7. Job applications are reviewed in the first instance by recruiting staff. Recruiting staff make an initial assessment of qualifications, based on the basic and preferred qualifications of the position, and pass qualified applicants to the hiring manager for further review. Recruiting staff consult with the hiring manager on how to narrow the applicant pool; but in general, an applicant need not meet every preferred qualification to be passed to the hiring manager. RTX does not screen applications with automated processes.

8.  Recruiting staff continue to support hiring managers through the interview process and document a candidate's progression in the Workday Recruiting platform.

9.  Hiring managers generally make independent hiring decisions for the positions they post on RTX Corporation's website. In some instances, a hiring manager responsible for supervising a position and creating a corresponding job requisition may delegate hiring authority to another manager in their business unit who is concurrently hiring for similar positions.

10. Recruiting staff generally are the ones to extend a job offer to a selected applicant. Once an offer is accepted, responsibility shifts to the relevant business unit to complete the hiring process, with central support for pre-hire contingency screenings and other pre-boarding requirements.

11. At all times relevant to the claims in this action, Raytheon Company has maintained responsibility for identifying its own hiring needs and hiring its own employees.

12. At all times relevant to the claims in this action, Rockwell Collins, Inc. has maintained responsibility for identifying its own hiring needs and hiring its own employees.

13. At all times relevant to the claims in this action, ARINC Incorporated has maintained responsibility for identifying its own hiring needs and hiring its own employees.

14. RTX and its subsidiaries follow an equal employment opportunity policy, which states: "It is the company's policy to treat any applicant, employee, vendor, contractor, customer, or client without regard to race, color, religion, sex, sexual orientation, gender identity or expression, pregnancy, age, national origin, disability status, genetic information, protected veteran status, or any other characteristic protected by federal, state or local law, ordinance or regulation, whether in recruitment, employment, promotion, transfer, compensation, or other conditions of employment."  A true and correct copy of the policy is attached as Exhibit 1.

## II. Applications and Data Collection

15. Active job postings at RTX and its subsidiaries are searchable on the RTX website, https://careers.rtx.com/global/en/search-results. These postings are publicly accessible, without a login, to anyone who wishes to browse. The postings also can be scraped and listed on third-party websites, such as Indeed.

16. RTX does not collect identifiable data on who views its public job postings. The RTX Careers website collects cookies, which it discloses in a cookie policy, but cookies are not linked to any personally identifiable information. RTX Human Resources does not have access to cookie data from the RTX Careers website.

17. Anyone may create a profile for the RTX Careers website by navigating to the "Candidate Sign In" link under the "Jobs" tab. An RTX Careers profile permits candidates to apply to job postings online using the Workday Recruiting platform. RTX receives an individual's email address, which serves as the username, when they sign up for an RTX Careers profile. RTX does not collect identifiable data on jobs viewed (but not applied to) by a user with an RTX Careers profile.

18. To apply for a job, candidates select a job posting and complete an online application. The application requests additional identifying information, including an applicant's legal name, physical address, and phone number (which can be a telephone, mobile device, VoIP, or fax). Applicants may input prior work experience, education, and special skills, and may attach a cover letter, resume, or transcript. Applicants also may voluntarily disclose their gender, race or ethnicity, veteran status, and disability status. The voluntary disclosure screen includes an anti-discrimination notice and instructs applicants that declining to self-identify will not result in any adverse treatment.

19. RTX does not request a candidate's age to create an RTX Careers profile or during the application process. RTX receives the age of a hired candidate during onboarding.

20. RTX does not seek a candidate's Social Security number to create an RTX Careers profile or during the application process. RTX receives the Social Security number of a hired candidate during onboarding.

21. RTX does not seek a candidate's social media accounts to create an RTX Careers profile or at any point during the application or hiring process.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2025
       Grand Rapids, MI

_____
Stephen Schulz