IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>Defendants. | C.A. No. 24-cv-01169-JLH-SRF |

## DECLARATION OF AARON MCKNIGHT ON BEHALF OF RTX CORPORATION

I, Aaron McKnight, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein. I have personal knowledge of the matters set forth herein based on my review of the books and records of RTX Corporation and its subsidiaries and, if called upon, could testify competently and truthfully to the facts stated in this Declaration.

2. I have been Senior Manager, Workforce Intelligence in RTX's Human Resources department since June 2023. In that role, I perform data analysis of RTX's employees to support initiatives across RTX businesses, and I am familiar with RTX's Workday Recruiting platform. I have been with the company since June 2019.

3. I reviewed a data analysis prepared by the RTX Workforce Intelligence team, of whom I am a supervising member, relating to those employees hired for "recent graduate" positions across RTX and its subsidiaries. This analysis involved applicant data queried from RTX's Workday Recruiting platform using the combined parameters described below.

4. The applicant data pulled and analyzed included positions where the compensation grade listed in Workday was "P1" or "P2," or where the requisition type was "New College Hire / Intern / Co-Op Hire" or "Returning New College Hire / Intern / Co-Op Hire." Compensation grades are salary bands: "P1" indicates an entry-level salaried position, often appropriate for a new college graduate, and "P2" is one step above, often appropriate for a new graduate school graduate or an employee with a few years of relevant work experience. Requisition type is a field used to describe the type of job posting.

5. Excluded from the data analysis are positions where the compensation grade indicated a temporary role, such as internships, co-ops, or a rotational job. This parameter narrowed the dataset to full-time, permanent positions.

6. The job applications data was further narrowed to where the current recruiting stage is listed as "Hired." This parameter narrowed the dataset to applicants who received and accepted a job offer.

7. The timeframe for the analysis included data on job applications up to June 25, 2024, shortly after this suit was filed, for requisitions created on or after January 1, 2019. Full requisition data is not available in our current systems earlier than January 1, 2019.

8. Requisitions from businesses that have been fully divested from RTX were not included in the data.

9. The query above returned 17,909 hired candidates. Of those, 740 did not have a date of birth available.

10. My team and I analyzed the age distribution of the 17,169 hired candidates for whom age data was available. According to this analysis, 1,472 hired candidates, or 8.6% of successful applicants, between January 1, 2019, and June 25, 2024, for positions with compensation grades of "P1" or "P2" or where the requisition type was coded as "New College Hire / Intern / Co-Op Hire" or "Returning New College Hire / Intern / Co-Op Hire", were aged 40 or older when first hired for the position.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2025
       San Diego, CA

_____
Aaron McKnight