IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>　　　　　　Defendants. | C.A. No. 24-cv-01169-JLH-SRF |

## **DECLARATION OF NAIMA L. FARRELL**

I, Naima L. Farrell, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am admitted to appear *pro hac vice* in the above-captioned matter. I am a partner of Gibson, Dunn & Crutcher LLP, counsel for Defendants RTX Corporation, Raytheon Company, Pratt & Whitney, Collins Aerospace, Rockwell Collins, Inc., and ARINC INC. (collectively, "Defendants") in this matter. I submit this declaration in support of Defendants' Brief In Opposition To Plaintiffs' Motion For Court-Authorized Notice Pursuant To 29 U.S.C. § 216(b). I have personal knowledge of the facts set forth below through my review of the below-referenced materials.

2. Although Defendants contend that the Court should deny Plaintiffs' Motion, Defendants have proposed revisions to Plaintiffs' proposed notices as discussed in Defendants'

- 1 -

Opposition. Further revisions may be needed based on the Court's rulings on issues raised in Defendants' Motion to Dismiss (D.I. 83) and Defendants' Brief In Opposition To Plaintiffs' Motion For Court-Authorized Notice Pursuant To 29 U.S.C. § 216(b).

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' proposed revisions to Plaintiffs' Proposed ADEA Notices and Reminder Notice (D.I. 94-1, Ex. 12).

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' proposed revisions to Plaintiffs' Proposed Consent to Join Form (D.I. 94-1, Ex. 13).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2025

By: *Naima Farrell*
Naima L. Farrell (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500
nfarrell@gibsondunn.com