Direct dial: 302-499-3601 | Email: kim@blockleviton.com

April 21, 2025

**<u>VIA CM/ECF & HAND DELIVERY</u>**

The Honorable Jennifer L. Hall
U.S. District Court for District of Delaware
844 North King Street
Wilmington, DE  19801

The Honorable Sherry R. Fallon
U.S. District Court for District of Delaware
844 North King Street
Wilmington, DE  19801

> RE:    *Mark Goldstein, et al. v. RTX Corporation, et al.*
> C.A. No. 24-1169-JLH-SRF

Dear Your Honors:

Enclosed please find courtesy copies of *Plaintiffs' Reply Memorandum of Points and Authorities in Further Support of Motion for Court-Authorized Notice Pursuant to 29 U.S.C. § 216(B)*, which was filed on April 18, 2025 in the above-referenced action.

We are available at the Court's convenience should Your Honors have any questions.

Respectfully,

*/s/ Kimberly A. Evans*

Kimberly A. Evans (#5888)

Enclosures

**BLOCK & LEVITON LLP**

222 Delaware Avenue, Suite 1120 • Wilmington, DE 19801
P 302 499 3600 • F 617 507 6020

**Error! Reference source not found.** Jennifer L. Hall and Sherry R. Fallon
April 21, 2025
Page 2

cc:    Adam R. Klein, Esquire (via CM/ECF)
Chauniqua D. Young, Esquire (via CM/ECF)
David B. Berman, Esquire (via CM/ECF)
Lauren Naylor, Esquire (via CM/ECF)
Louis Lopez, Esquire (via CM/ECF)
Mikael Rojas, Esquire (via CM/ECF)
Moira Heiges-Goepfert, Esquire (via CM/ECF)
Patrick D. Lopez, Esquire (via CM/ECF)
Peter Romer-Friedman, Esquire (via CM/ECF)
Rebecca Rodgers, Esquire (via CM/ECF)
Samantha Wehrle, Esquire (via CM/ECF)
Zarka Dsouza, Esquire (via CM/ECF)
Brian M. Rostocki, Esquire (via CM/ECF)
Erich Bruhn, Esquire (via CM/ECF)
Jason C. Schwartz, Esquire (via CM/ECF)
John T. Miraglia, Esquire (via CM/ECF)
Naima Farrell, Esquire (via CM/ECF)