IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>        Defendants. | C.A. No. 24-cv-01169-JLH-SRF |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Under Local Rule 7.1.4, Defendants RTX Corporation, Raytheon Company, Pratt & Whitney, Collins Aerospace, Rockwell Collins, Inc., and ARINC Inc. respectfully request oral argument on Plaintiffs' Motion for Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b). (D.I. 92). The motion has been fully briefed. (D.I. 93, 108, 112).

Defendants suggested in their opposition brief that the Court consider ruling first on the ripe Motion to Dismiss (D.I. 82), which might obviate or limit the need for Court-authorized notice. (*See* D.I. 108 at 6–7). Plaintiffs did not address or oppose this request in their reply brief (D.I. 112)—though, in response to an inquiry from Defendants' counsel, they subsequently articulated that they do oppose the sequencing. Defendants respectfully reiterate their suggestion that the Court may wish to defer oral argument on the instant motion until it has held argument on Defendants' Motion to Dismiss (if argument is granted) and has adjudicated that motion.

1

Respectfully submitted,

OF COUNSEL:

Jason C. Schwartz*
Naima L. Farrell*
Alex Bruhn*
Samuel Z. Whipple*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500
jschwartz@gibsondunn.com
nfarrell@gibsondunn.com
abruhn@gibsondunn.com
swhipple@gibsondunn.com

*Admitted Pro Hac Vice*

Date: April 25, 2025

/s/ Brian M. Rostocki
Brian M. Rostocki (#4599)
John T. Miraglia (#6682)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com
jmiraglia@reedsmith.com

*Attorneys for Defendants*