IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br>  v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>       Defendants. | C.A. No. 24-1169-JLH-SRF |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

  Plaintiffs Mark Goldstein, Ducamp Beaulieu, and John Bryan (together, "Plaintiffs") submit this response to Defendants' Request for Oral Argument (D.I. 115) to clarify that Plaintiffs oppose any effort to unduly delay the Court's consideration of Plaintiffs' Motion for Court-Authorized Notice Pursuant to 29 U.S.C. 216(b) (D.I. 92) ("Pls' Notice Motion"), including by "sequencing" it behind Defendants' Motion to Dismiss (D.I. 82). Because "the statute of limitations may continue to run on their claims unless" they receive notice and opt in to the case, putative collective members should be given the earliest opportunity to do so. *See* Pls' Notice Motion (D.I. 92) at 2. Plaintiffs' position on the importance of early notice has been clear and consistent throughout this litigation, including when Plaintiffs agreed not to oppose Defendants' request for additional time to respond to Plaintiffs' Notice Motion in exchange for tolling of putative opt-in members' claims. *See* Defendants' Unopposed Motion and Proposed Order to

Modify Briefing Schedule (D.I. 99) at 2. Plaintiffs defer to the Court as to whether to schedule oral argument for both parties' motions simultaneously.

|  |  |
|---|---|
| *Of Counsel:* | **BLOCK & LEVITON LLP** |
|  | /s/ *Kimberly A. Evans* |
| Adam T. Klein* | Kimberly A. Evans (#5888) |
| Chauniqua D. Young* | 222 Delaware Avenue, Suite 1120 |
| Zarka Dsouza* | Wilmington, DE 19801 |
| **OUTTEN & GOLDEN LLP** | (302) 499-3601 |
| 685 Third Avenue, 25th Floor | kim@blockleviton.com |
| New York, NY 10017 |  |
| (212) 245-1000 | *Attorneys for Plaintiffs* |
| atk@outtengolden.com |  |
| cyoung@outtengolden.com |  |
| zdsouza@outtengolden.com |  |

Moira Heiges-Goepfert*
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
(925) 557-5622
mhg@outtengolden.com

Mikael Rojas*
**OUTTEN & GOLDEN LLP**
1225 New York Avenue N.W.
Washington, D.C. 20005
(202) 914-5097
mrojas@outtengolden.com

Rebecca Rodgers*
Lauren Naylor*
**AARP Foundation Litigation**
601 E Street N.W.
Washington, D.C. 20049
(202) 434-2064
rrodgers@aarp.org
lnaylor@aarp.org

\* *Admitted Pro Hac Vice*