May 15, 2025

**VIA ECF**

The Honorable Sherry R. Fallon
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:** *Goldstein, et al. v. RTX Corporation, et al.*, C.A. No 24-1169-JLH-SRF

Dear Judge Fallon:

Counsel for Plaintiffs Mark Goldstein, *et al.*, and Defendants RTX Corporation, *et al.*, respectfully submit this joint letter to advise the Court of an unavoidable conflict with the June 17, 2025 hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Court-Authorized Notice. *See* D.I. 117. Specifically, counsel for RTX Corporation will be giving a speech out of state. Counsel would be appreciative if the Court could reschedule the June 17 hearing to accommodate this conflict. Having conferred regarding alternate dates, Counsel respectfully propose July 14–16 or 18. Counsel can identify additional dates if helpful to the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian M. Rostocki* | */s/ Kimberly A. Evans* |
| Brian M. Rostocki (#4599) | Kimberly A. Evans (#5888) |
| John T. Miraglia (#6682) | **BLOCK & LEVITON LLP** |
| REED SMITH LLP | 222 Delaware Avenue, Suite 1120 |
| 1201 Market Street, Suite 1500 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 499-3600 |
| (302) 778-7500 | kim@blockleviton.com |
| brostocki@reedsmith.com | |
| jmiraglia@reedsmith.com | *Counsel for Plaintiffs and the Proposed Class and Collective* |
| *Counsel for Defendants* | |

Dated: May 15, 2025