# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>Defendants. | C.A. No. 24-cv-01169-JLH-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 8, 2025, Plaintiffs Mark Goldstein, DuCamp Beaulieu and John Bryan (collectively, "Plaintiffs"), by their undersigned counsel, served Plaintiffs' Initial Disclosures Pursuant to Rule 26 via electronic mail on all counsel of record, as listed below:

Jason C. Schwartz
Naima L. Farrell
Alex Bruhn
Samuel Z. Whipple
Andrew G. Barron*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036

Brian M. Rostocki
John T. Miraglia
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

| | |
|---|---|
| *Of Counsel:* | **BLOCK & LEVITON LLP** |
| | /s/ *Robert Erikson* |
| Adam T. Klein* | Kimberly A. Evans (#5888) |
| Chauniqua Young* | Robert Erikson (#7099) |
| Zarka Dsouza* | 222 Delaware Avenue, Suite 1120 |
| **OUTTEN & GOLDEN LLP** | Wilmington, DE 19801 |
| 685 Third Avenue, 25th Floor | (302) 499-3600 |
| New York, NY 10017 | kim@blockleviton.com |
| (212) 245-1000 | robby@blockleviton.com |
| atk@outtengolden.com | |
| cyoung@outtengolden.com | *Counsel for Plaintiffs and the Proposed Class and Collective* |
| zdsouza@outtengolden.com | |

Mikael Rojas*
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW
Washington DC 20005
(202) 914-5097
mrojas@outtengolden.com

Moira Heiges-Goepfert*
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
(415) 638-8800
mhg@outtengolden.com

Peter Romer-Friedman*
Patrick David Lopez*
David Berman*
**PETER ROMER-FRIEDMAN LAW PLLC**
1629 K Street, NW, Suite 300
Washington, DC 20006
(202) 355-6364
peter@prf-law.com
david@prf-law.com

Rebecca Rodgers*
Louis Lopez*
Samantha Wehrle*
Lauren Naylor*
**AARP FOUNDATION LITIGATION**
601 E Street, NW
Washington, DC 20049
(202) 434-6983
rrodgers@aarp.org
llopez@aarp.org
sgerleman@aarp.org
lnaylor@aarp.org

*Admitted Pro Hac Vice*