IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK GOLDSTEIN, DUCAMP BEAULIEU, and JOHN BRYAN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>RTX CORPORATION (f/k/a Raytheon Technologies Corporation, f/k/a Raytheon Company), RAYTHEON COMPANY (f/k/a Raytheon Intelligence & Space and Raytheon Missiles & Defense), PRATT & WHITNEY, COLLINS AEROSPACE, ROCKWELL COLLINS, INC., and ARINC INC.,<br><br>                Defendants | C.A. No. 24-1169-JLH-SRF |

**NOTICE OF SERVICE**

I, Robert Erikson, do hereby certify that on December 19, 2025, copies of (1) *Plaintiffs' First Set of Requests for Production of Documents to Defendants,* (2) *Plaintiffs' First Set of Interrogatories to Defendants, and (3) Certificate of Service,* were emailed to the following:

I further certify that on December 22, 2025, I cause copies of this *Notice of Service* to be served via CM/ECF upon the following:

| | |
|---|---|
| Brian M. Rostocki, Esquire<br>REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Andrew G. Barron, Esquire<br>Alex Bruhn, Esquire<br>Jason C. Schwartz, Esquire<br>Naima Farrell, Esquire<br>Samuel Z. Whipple, Esquire<br>GIBSON DUNN<br>1700 M. Street, N.W.<br>Washington, DE 20036 |

1

Dated: December 22, 2025

OF COUNSEL:

Peter Romer-Friedman*
Patrick David Lopez*
David Berman*
**PETER ROMER-FRIEDMAN LAW PLLC**
1629 K Street, NW, Suite 300
Washington, DC 20006
(202) 355-6364

Adam T. Klein*
Chauniqua Young*
Zarka Dsouza*
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
(212) 245-1000

Mikael Rojas*
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW
Washington DC 20005
(202) 914-5097

Moira Heiges-Goepfert*
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
(415) 638-8800

Rebecca Rodgers*
Louis Lopez*
Samantha Wehrle*
Lauren Naylor*
**AARP FOUNDATION LITIGATION**
601 E Street, NW
Washington, DC 20049
(202) 434-6983

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs and the Proposed Class and Collective*

**BLOCK & LEVITON LLP**

*/s/ Robert Erikson*
Kimberly A. Evans (#5888)
Robert Erikson (#7099)
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 499-3600
kim@blockleviton.com
robby@blockleviton.com

*Counsel for Plaintiffs and the Proposed Class and Collective*